STATE OF RHODE ISLAND
PROVIDENCE COUNTY

SUPERIOR COURT

| | | |
|---|---|---|
| JAMES F. KEMPF, Plaintiff, | ) | |
| v. | ) | |
| SEARS, ROEBUCK AND CO., JANE DOE, LYNN LOE and RON ROE, | ) | Civil Action No. 07-4668 |
| Defendants. | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Civil Clerk's Office
Providence Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Providence Superior Court has been duly filed in the U.S. District Court for the District of Rhode Island. Attached hereto as Exhibit A is a certified copy of said Notice of Removal.

Respectfully submitted,

SEARS, ROEBUCK and CO.,

Anthony J. DiOrio (R.I. Bar No. 3419)
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-7702 fax

Date: November 28, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on November 28, 2007, a copy of the foregoing document was served upon Plaintiff's attorney, V. Edward Formisano, Esq., Sinapi, Formisano & Company, 100 Midway Road, Suite 1, Cranston, Rhode Island 02920, by first-class mail, postage prepaid.

Anthony J. DiOrio

**CERTIFICATE OF SERVICE**

This is to certify that on November 28, 2007, a copy of the foregoing document was served upon Plaintiff's attorney, V. Edward Formisano, Esq., Sinapi, Formisano & Company, 100 Midway Road, Suite 1, Cranston, Rhode Island 02920, by first-class mail, postage prepaid.

Anthony J. DiOrio