STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2007-4668 JAMES KEMPF V SEARS ROEBUCK AND CO

Filing Date: 09-06-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 12-03-2007

Plaintiff: JAMES KEMPF
ID: @10926480

Attorney: V. EDWARD FORMISANO

Defendant: SEARS ROEBUCK AND CO
ID: @10926482

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-06-2007 | COMPLAINT FILED | |
| 09-06-2007 | INITIAL FILING FEE | |
| 09-06-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP255969. |
| 11-27-2007 | MOTION EXTENSION OF TIME | NO REQUESTED HEARING DATE ON DOCUMENT<br>Affiliated: KEMPF, JAMES F |
| 12-03-2007 | NOTICE OF REMOVAL | |
| 12-03-2007 | CASE REMVD TO US DISTRICT CT | |
| 12-03-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk Superior Court
Counties of Providence/Bristol
Providence, Rhode Island