**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

-----------------------------------------------------X

**JAMES F. KEMPF,**
**Plaintiff,**

**v.**

**SEARS, ROEBUCK AND CO., JANE DOE, LYNN LOE and RON ROE,**

**Defendants.**

-----------------------------------------------------X

**Civil Action No. 07-439 ML**

# ENTRY OF APPEARANCE

The undersigned hereby formally enters his appearance as trial counsel for Defendant Sears, Roebuck and Co..

Dated: December 5, 2007
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: /s/ Anthony J. DiOrio (#3419)

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES F. KEMPF,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SEARS, ROEBUCK AND CO., JANE** | : | |
| **DOE, LYNN LOE and RON ROE,** | : | **Civil Action No. 07-439 ML** |
| | : | |
| **Defendants.** | : | |
| | : | |

## ENTRY OF APPEARANCE

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 5th day of December, 2007.

/s/ Anthony J. DiOrio (#3419)