**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

-----------------------------------------------------X

| | | |
|---|---|---|
| **JAMES F. KEMPF,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SEARS, ROEBUCK AND CO., JANE** | : | |
| **DOE, LYNN LOE and RON ROE,** | : | **Civil Action No. 07-439 ML** |
| | : | |
| **Defendants.** | : | |
| | : | |

-----------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sears, Roebuck and Co. is a nongovernmental corporate party which is a wholly owned subsidiary of Sears Holdings Corporation. Sears Holdings Corporation is a publicly traded corporation.

Respectfully submitted,

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By:______/s/ Anthony J. DiOrio (#3419)____

Dated: December 5, 2007
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

-----------------------------------------------------X

**JAMES F. KEMPF,**
**Plaintiff,**

**v.**

**SEARS, ROEBUCK AND CO., JANE DOE, LYNN LOE and RON ROE,**
**Defendants.**

-----------------------------------------------------X

**Civil Action No. 07-439 ML**

**Certificate of Service**

The undersigned hereby certifies that Defendant's Rule 7.1 Statement has been filed electronically and that it is available for viewing and downloading from the ECF system, this 5th day of December, 2007.

/s/ Anthony J. DiOrio (#3419)