**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES F. KEMPF,** <br> **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-439ML** |
| | : | |
| **SEARS, ROEBUCK AND CO., JANE DOE, LYNN LOE, and RON ROE,** <br> **Defendants** | : | |

## PLAINTIFF'S RULE 16 CONFERENCE STATEMENT

### I. Introduction

Now comes the Plaintiff and hereby submits the within Rule 16 Statement as required pursuant to this Court's Pretrial Conference Notice dated December 28, 2007. The Plaintiff reserves the right to modify, amend and/or augment the within statement at any time during the course of these proceedings.

### II. Facts of Case

The Plaintiff is a paraplegic. In November, 2006, he was hired by Defendant Sears, Roebuck and Co. ("Sears") as a cashier/greeter. At all relevant time periods, the Plaintiff's work performance was satisfactory. At the time the Plaintiff was hired, Defendants knew that he suffered from a disability. During his employment at Defendant Sears, agents and/or employees of Defendant Sears, including, but not limited to, Defendants Jane Doe ("Doe"), Lynn Loe ("Loe"), and Ron Roe ("Roe"),[1] subjected the Plaintiff to discrimination due to his disability. Specifically, the Defendants discriminated against the Plaintiff by failing to provide proper training and workplace accommodations on account of his disability. The Plaintiff was also

---

[1] At this time, fictitious names are being used for Defendants whose identities could not be established despite reasonable diligence to identify said Defendants.

subjected to ongoing and repeated discriminatory comments relative to his disability by employees and/or agents of Defendant Sears, including, but not limited to, Defendant Doe, Loe and/or Roe.

On or about December 16, 2006, on account of Defendants' discriminatory conduct, the Plaintiff was constructively discharged from his employment at Defendant Sears.

## III. Legal Issues

A. Whether the acts and/or omissions of the Defendants were in violation of the Rhode Island Civil Rights of People with Disabilities Act, R.I.G.L. §42-87-1, *et seq*. ("CRPD"), the Rhode Island Fair Employment Practices Act, R.I.G.L. §28-5-1, *et seq*. ("FEPA"), and/or the Rhode Island Civil Rights Act of 1990, R.I.G.L. §42-112-1, *et seq*. ("RICRA")?

B. Whether the Plaintiff sustained damages as a result of the Defendants' violations of the CRPD, the FEPA, and/or the RICRA?

Plaintiff,
By his Attorneys,
Sinapi, Formisano & Co., Ltd.,

s/ V. Edward Formisano
V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 8th day of January, 2008 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano