UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JAMES F. KEMPF,**<br>**Plaintiff,**<br><br>**v.**<br><br>**SEARS, ROEBUCK AND CO., JANE DOE, LYNN LOE and RON ROE,**<br><br>**Defendants.** | **Civil Action No. 07-439 ML** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby STIPULATED AND AGREED, by and between Plaintiff James F. Kempf and Defendant Sears, Roebuck and Co., through counsel for Plaintiff and counsel for Defendant, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

May 19, 2008
Date

By: /s/ V. Edward Formisano
V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690

May 19, 2008
Date

By: /s/ Anthony J. DiOrio
Anthony J. DiOrio
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02840
(401) 490-3444